WILLIAM PITTMAN, as Administrator, etc., Respondent, v. HENRY H. HALL et al., Appellants.

(Argued December 13, 1888; decided January 15, 1889.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made November 22, 1886, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*James D. Bell* for appellants.

*Frederic A. Ward* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.